NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SHUANGXI ZHANG,**

*Plaintiff-Appellant*

v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

*Defendant*

**AWGSEE, SEKKAF, KAIYIXING, HUAYI, YOUYIJIA CO., LTD., KALIYADI, NSSIW, OUKEMAX, OUTDOORKING, QALLY, CIFOYA, XINGYANGXIXIANG, KUGUAOK,**

*Defendants-Appellees*

---

2026-1539

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:26-cv-20013-BB, Judge Beth Bloom.

---

**O R D E R**

The parties having so agreed, it is ordered that:

2                    ZHANG V. PARTIES IDENTIFIED ON SCHEDULE A

    (1) The proceeding is DISMISSED under Fed. R. App.
P. 42 (b).

    (2) Each side shall bear their own costs.


FOR THE COURT


June 1, 2026
   Date

Jarrett B. Perlow
Clerk of Court


**ISSUED AS A MANDATE:** June 1, 2026